UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
            - against -                                    :
                                                           :   19-cr-223 (BMC)
AKMAL NARZIKULOV,                                          :
                                                           :   **VERDICT SHEET**
                              Defendant.                   :
                                                           :
---------------------------------------------------------- X

## COUNT ONE
(Conspiracy to Unlawfully Produce Identification Documents)

How do you find the defendant?

Not Guilty _____                    Guilty __X__

## COUNT TWO
(Conspiracy to Commit Kidnaping)

How do you find the defendant?

Not Guilty _____                    Guilty __X__

## COUNT THREE
(Kidnaping)

How do you find the defendant?

Not Guilty _____                    Guilty __X__

## COUNT FOUR
### (Hobbs Act Extortion Conspiracy)

How do you find the defendant?

Not Guilty _____          Guilty  X_____

## COUNT FIVE
### (Hobbs Act Extortion)

How do you find the defendant?

Not Guilty _____          Guilty  X_____

## COUNT SIX
### (Threatening Physical Violence in Furtherance of a Plan to Extort)

How do you find the defendant?

Not Guilty _____          Guilty  X_____

## COUNT SEVEN
(Using, Carrying and Possessing a Firearm)

How do you find the defendant?

Not Guilty _____  Guilty **X**

If you found the defendant guilty of Count Seven, answer the following question:

If you find that the defendant knowingly and intentionally used and carried a firearm during and in relation to the crime of violence charged in Count Six, was the firearm at issue brandished?

No _____  Yes **X**

## COUNT EIGHT
(Conspiracy to Tamper with Witnesses)

How do you find the defendant?

Not Guilty _____  Guilty **X**

Your foreperson must now sign and date the verdict sheet.

*[Signature]*  7/7/2021

Signature of Foreperson

3